UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | |
|---|---|
| HOWARD COHAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO.: 18-cv-04437 |
| | ) |
| vs. | ) Honorable Charles R. Norgle, Sr. |
| | ) |
| SUNSTONE SAINT CLAIR LESSEE, INC., | ) |
| d/b/a HYATT CENTRIC MAGNIFICENT | ) |
| MILE, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION TO VOLUNTARY DISMISS
PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii)**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), the Plaintiff, HOWARD COHAN and the Defendant SUNSTONE SAINT CLAIR LESSEE, INC. d/b/a HYATT CENTRIC MAGNIFICENT MILE, hereby stipulate and agree to the voluntary dismissal of this action, with prejudice, each party to bear their own costs, including attorneys' fees, as all matters in controversy have been fully resolved.

| | |
|---|---|
| HOWARD COHAN | SUNSTONE SAINT CLAIR LESSEE, INC. d/b/a HYATT CENTRIC MAGNIFICENT MILE |
| | |
| By: /s/ *Marshall J. Burt* | By: */s/Kevin Fritz* |
| Counsel for Plaintiff | Counsel for Defendant |
| | |
| Marshall J. Burt, Esq. | Kevin Fritz, Esq. |
| The Burt Law Group, Ltd. | Seyfarth Shaw. |
| 77 W. Washington, Ste 1300 | 233 S. Wacker Dr., Ste 8000 |
| Chicago, IL 60602 | Chicago, Illinois 60606 |
| 312-419-1999 | (312) 460-5586 |
| Marshall@mjburtlaw.com | KFritz@seyfarth.com |